IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.188.35.56,<br><br>    Defendant.<br>_____/ | No. C 15-04158 WHA<br><br>**ORDER EXTENDING DEADLINE TO SERVE DEFENDANT WITH SUMMONS AND COMPLAINT** |

      Plaintiff commenced this action on September 11, 2015. Pursuant to Rule 4(m), the deadline to effectuate service of process was January 11, 2016. On October 18, 2015, an order granted plaintiff's request to serve a third-party subpoena on defendant's Internet provider, Comcast, in order to obtain defendant's identifying information. Plaintiff received defendant's identifying information from Comcast on December 30. On January 11, plaintiff sought to extend the deadline to effectuate service by forty-five days. This order hereby extends the deadline to effectuate service to **JANUARY 29, 2016**.

      **IT IS SO ORDERED.**

Dated: January 17, 2016.

                                             WILLIAM ALSUP<br>
                                             UNITED STATES DISTRICT JUDGE